# Third District Court of Appeal
## State of Florida

Opinion filed February 2, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1244
Lower Tribunal No. F10-32949A

————————

**Felton Sears,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Felton Sears, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.